United States District Court
Southern District of Texas

**ENTERED**

March 12, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KEVIN WINBORN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00073 |
| | § | |
| JANE DOE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER OF TRANSFER

Plaintiff Kevin Winborn, appearing *pro se*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is currently housed at the Stiles Unit in Beaumont, Texas.  Plaintiff sues a Jane Doe nurse and a John Doe physician, who each work at the Connally Unit in Kenedy, Texas.  (D.E. 1, pp. 1-2, 4).  Plaintiff alleges that he received inadequate medical treatment at the Connally Unit following his heart attack suffered in September 2024.  *Id.* at 4-8.

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.  28 U.S.C. § 1391(b).  "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  28 U.S.C. § 1406(a).

1 / 2

The Connally Unit is located in Kenedy, Texas (Karnes County). Defendants work in Karnes County, which is not within the Corpus Christi Division of this Court. Furthermore, all of the events giving rise to Plaintiff's claims occurred in Karnes County, which is within the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(4). Venue, therefore, is not proper in this Court. 28 U.S.C. § 1406(a). The interest of justice, therefore, will be served by transferring this action to the San Antonio Division of the Western District of Texas.

Accordingly, **IT IS ORDERED** that this case, including all pleadings, notices, motions, and orders filed therein, is **TRANSFERRED** to the United States District Court for the Western District of Texas, San Antonio Division. The Clerk is **DIRECTED** to close this case in this division.

ORDERED on March 12, 2026.

_____
Julie K. Hampton
United States Magistrate Judge